IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DORSEY TRAILER COMPANY, INC., | ) ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv469-MHT |
| | ) | (WO) |
| DOUBLE A TRAILER SALES, INC., | ) ) | |
| | ) | |
|     Appellee. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the decision of the United States Bankruptcy Court for the Middle District of Alabama entered on March 20, 2009, is affirmed.

It is further ORDERED that costs are taxed against appellant Wachovia Bank, N.A., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of March, 2010.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**